IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Kolfage and Ashley Kolfage, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Louis Anthony Caponechhia, also known as Frank Darbo, Fawn Lebowitz, Jim Reeves and Ester Cumbski; et al.,<br><br>Defendants. | No. 2:14-cv-01638-HRH<br><br>**PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE** |

   Pursuant to Rule 41(a)(2), FRCP, the undersigned Plaintiffs Brian and Ashley Kolfage hereby move the court for an order of dismissal of Defendant Darren Remington with prejudice.  Plaintiffs are willing to bear their own costs and attorneys' fees and it is believed that Defendant Remington, whose insurance carrier is facilitating a settlement, has personally incurred no costs or fees associated with his defense in this action.

   A proposed Order is lodged herewith.

   Dated: _____October 8_____, 2015.


_____Brian Kolfage_____          _____Ashley Kolfage_____
   Brian Kolfage                                Ashley Kolfage
   Plaintiff                                        Plaintiff

-2-

**CERTIFICATE OF SERVICE**

     I hereby certify that on _oct 8_, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

By _bk_