```
PRO SE
Brian Kolfage
24706 Michigan Ave.
Dearborn, Mi. 48124
```

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **BRIAN KOLFAGE and ASHLEY KOLFAGE PRO SE,** Husband and Wife<br><br>     Plaintiff,<br><br>vs.<br><br>**LOUIS ANTHONY CAPONECCHIA, also known as FRANK DARBO, FAWN LEBOWITZ, JIM REEVES, and ESTER CUMBSKI; DARREN REMINGTON also known as REN REM and REGINALD REMINGTON; JUSTINE L. GRANT; NATHANIEL S. DOWNES, also known as SPOCK ELVIS, OLIVE COSSACK, and ERIC STRATTON; PAUL E. LOEBE; JOHN L. PRAGER,**<br>     Defendants. | Case No.: 2:14-cv-01638-HRH<br><br>**MOTION TO STAY ALL FURTHER MOTIONS BY DEFENDANT LOEBE** |

Plaintiff Brian Kolfage, representing himself Pro Se, formally asks the court to stay all proceedings from defendant Loebe for abuse of process.

All defendants in this case have settled to this point with agreements based on the Plaintiffs terms.

Mr. Loebe has filed a baseless motion for contempt (see docket 119). Not only does this motion not even apply to this case, his allegations of the plaintiff's signature not being his are absolutely trivial. A simple 'X' would suffice with his name printed below it.

[Motion to Stay] - 1

According to Defendant Loebe's response (See Docket #130) he states that he filed a lawsuit in Indiana against the plaintiffs for Breach of Contract, malicious prosecution, defamation, harassment, abuse of process, civil conspiracy, and intentional infliction of emotional distress for the reasons based off this Arizona law suit.

Not only is the plaintiff shocked by this recent revelation, it's clearly an abuse of our legal system and frivolous nonetheless. A pattern of malicious behavior is beginning to vividly form with the defendant's actions, and this could not be any more obvious than with his latest filing of the Indiana lawsuit for the reasons mentioned in his previous response (See Docket 130).

Mr. Loebe continues to make irrelevant and false accusations in all of his responses. And is conspiring with random people to submit false statements (See Docket #120) so that he can use it to further his abuse of process (See Docket 119, 130).

The Plaintiffs state they have never been served with the aforementioned lawsuit, and that this is the first time they were made aware of such. It's obvious that Mr. Loebe is using his responses in this case in a highly desperate last ditch attempt to allege that the plaintiffs are aware that they were being sued in Indiana. Ironically, it appears Mr. Loebe has until tomorrow 10/09/2015 to serve the defendants, and this has yet to happen. Again an abuse of process in Arizona and now Indiana.

Defendant loebe gave up all rights to any claim arising out of this lawsuit when he signed the Plaintiffs settlement agreement. This is further reinforced by Magistrate Duncan's ORDER granting Plaintiff's Motion to Enforce Settlement Agreement (See docket #114)

The settlement terms as recited by Magistrate Duncan were as follows:

"That the agreement included any claim that could have been brought in the lawsuit.11 The court construes this term to mean that plaintiffs and Loebe give up all claims they have or may have arising out of the facts alleged in plaintiffs' complaint."

With this case now completed it should be closed, the plaintiff asks this court to stay all further motions and responses from Mr. Loebe. He is the only defendant actively seeking revenge by frivolously filing a lawsuit based on this settlement agreement. In addition to filing motions and responses that are just as trivial.

The plaintiffs have worked vigorously to keep the peace among all parties involved and this is proven with their response to the motion to dismiss (See Docket 123).

Mr. Loebe's blatant and malicious abuse of process is wasting the valuable time of this court and all parties involved. And the Plaintiffs request that this matter be addressed by staying all proceedings from third parties and Mr. Loebe or by closing this case since it has now been resolved.

RESPECTFULLY SUBMITTED ON OCTOBER 08, 2015

*Brian kolfage*

**BRIAN KOLFAGE, Plaintiff**

**24706 Michigan Ave.
Dearborn, Mi. 48124
(678) 902-8031**