IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

BRIAN KOLFAGE, et al.,

Plaintiffs,

vs.

LOUIS ANTHONY CAPONECCHIA, et al.,

Defendants.

No. 2:14-cv-1638-HRH

## DEFENDANT REMINGTON'S MOTION TO RESUME PROCEEDINGS AND MOTION FOR RULING

COMES NOW Defendant Remington, *Pro Se*, to move this Honorable Court to resume proceedings in the above captioned case and to give ruling on the last pending motion in this action and as support of motion states as follows:

1. On October 5, 2015, the Court GRANTED Remington's Attorney's Motion to Withdraw as Attorney (Docket #129). The Court also ordered STAY of proceedings until November 4, 2015, to allow Remington to retain new counsel.

2. On October 8, 2015, Plaintiffs filed Motion to Dismiss with Prejudice as to Remington (see Docket #133; hereinafter "Plaintiff's Motion").

3. Remington does not intend to oppose Plaintiff's Motion and therefore will not be retaining new counsel.

WHEREFORE, PREMISES CONSIDERED, Remington respectfully requests the Court resume proceedings in the instant case and further requests that the Court give ruling on Plaintiff's Motion, which is unopposed.

RESPECTFULLY SUBMITTED on October 15, 2015.

/s/ Darren Remington

Darren Remington

Defendant

PRIORITY MAIL

U.S. POSTAGE PAID
CORDOVA, TN
OCT 17 15
AMOUNT
$5.75
R2303910332609

VISIT US AT USPS.COM
Label 106A, Jan 2015

**FROM:**
Remington
6025 Stage Rd
#412.321
Bartlett, TN 38134

**TO:**
US District Court
401 W. Washington St
Ste 130
Phoenix, AZ 85003-2118

RECEIVED
OCT 19 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.