IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

BRIAN KOLFAGE, et al.,

                Plaintiffs,

vs.

LOUIS ANTHONY CAPONECCHIA, et al.,

                Defendants.

No. 2:14-cv-1638-HRH

O R D E R

Motion to Dismiss Defendant Remington
and Motion to Resume Proceedings

Plaintiffs move to dismiss their complaint, with prejudice, as to defendant Darren Remington.[1] In response, defendant Remington moves to resume these proceedings and for a ruling on plaintiffs' motion to dismiss. Remington advises that he "does not intend to oppose Plaintiff's Motion and therefore will not be retaining new counsel."[2]

The motion to resume proceedings and for ruling is granted. The motion to dismiss plaintiffs' complaint as to defendant Remington, with prejudice, is granted.

DATED at Anchorage, Alaska, this  28th  day of October, 2015.

                                                      /s/ H. Russel Holland
                                                      United States District Judge

---

[1] Docket No. 133.

[2] Defendant Remington's Motion to Resume Proceedings and Motion for Ruling at 1, Docket No. 136.